IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA THOMAS MENSING                                                                        PLAINTIFF

vs.                                        Civil No. 2:13-cv-02008

CAROLYN W. COLVIN                                                                           DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 20th day of May 2014.**

                                                         /s/  Barry A. Bryant
                                                         HON. BARRY A. BRYANT
                                                         U. S. MAGISTRATE JUDGE